## COLLINS v. HARBOLD.—In error.

DEBT on a writing obligatory. Pleas, *nil debet* and pay- *Thursday,* ment. Judgment by default. *Held*, that the judgment was *June 6.* erroneous.